In re Hardy, Ford T., Jr.; McGehee, W. Clay; Sawyer, Rebecca; Taylor, Barbara S.; Wilkomm, William J., Jr.; Wilkomm, William J., Ill; Pontchartrain Motor Co.; Pontchartrain Rolls Royce Ltd.; Vallee, R. Collins; Cain River Creole Meat Pies; Bor-denave, Mary; Bordenave, Curtis; — Plaintiffs); applying for writ of certiorari and/or review; to the Court of Appeal, Fourth Circuit, Nos. 91CA-0441, 91CA-0442; Parish of Orleans, Civil District Court, Div. “K”, Nos. 84-10585, 84-12134.
Denied.